UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 23-12472

CITY OF MIAMI,

     Appellant,

v.

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

     Appellees,

_____/

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

---

**CITY OF MIAMI'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

---

GRAYROBINSON, P.A.
Jason L. Unger, Esquire
Florida Bar No. 991562
George T. Levesque
Florida Bar No. 55551
Andy Bardos
Florida Bar No. 822671
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090

Facsimile:  (850) 577-3311

GRAYROBINSON, P.A.
Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida  33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile:  (305) 416-1801
*Attorneys for Defendant*

C-1 of 2

In accordance with Eleventh Circuit Rule 26.1-4, the City of Miami amends

its Certificate of Interested Persons and Corporate Disclosure Statement as follows.

All additions and corrections are underlined.

1.   ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

2.   Bardos, Andy, Counsel for Defendant/Appellant

3.   Carollo, Joe, Defendant/Appellant

4.   City of Miami, Defendant/Appellant

5.   Cody, Steven, Defendant/Appellant's expert

6.   Contreras, Alexandra, Plaintiff/Appellee

7.   Cooper, Clarice, Plaintiff/Appellee

8.   Covo, Sabina, Defendant/Appellant

9.   De Grandy, Miguel, Defendant/Appellant's expert

10.   Dechert LLP, Counsel for Plaintiffs/Appellees

11.   Diaz de la Portilla, Alex, Defendant/Appellant

12.   Engage Miami, Inc., Plaintiff/Appellee

13.   GrayRobinson, P.A., Counsel for Defendant/Appellant

14.   Grace, Inc., Plaintiff/Appellee

15.   Greco, John A, Counsel for Defendant/Appellant

16.   Johnson, Christopher N., Counsel for Defendant/Appellant

17.   Johnson, Jared, Plaintiff/Appellee

18.   Jones, Kevin R., Counsel for Defendant/Appellant

19.   King, Christine, Defendant/Appellant

20.   Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

21.    Levesque, George T., Counsel for Defendant/Appellant

22.    McNamara, Caroline A., Counsel for Plaintiff/Appellee

23.    McNulty, Kerri L., Counsel for Defendant/Appellant

24.    Méndez, Victoria, Counsel for Defendant/Appellant

25.    Merken, Christopher J., Counsel for Plaintiff/Appellee

26.    Miami-Dade Branch of the NAACP, Plaintiff/Appellee

27.    <u>Miro, Steven, Plaintiff/Appellee</u>

28.    Moore, K. Michael, United States District Judge, Southern District of Florida

29.    Quintana, Marlene, Counsel for Defendant/Appellant

30.    Reyes, Manolo, Defendant/Appellant

31.    South Dade Branch of the NAACP, Plaintiff/Appellee

32.    Steiner, Neil A., Counsel for Plaintiff/Appellee

33.    Suarez, Francis, Defendant/Appellant

34.    Tilley, Daniel T., Counsel for Plaintiff/Appellee

35.    Unger, Jason L., Counsel for Defendant/Appellant

36.    Valdes, Yanelis, Plaintiff/Appellee

37.    Warren, Nicholas L. V., Counsel for Plaintiff/Appellee

38.    Wysong, George, Counsel for Defendant/Appellant

## <u>CORPORATE DISCLOSURE STATEMENT</u>

I hereby certify pursuant to Eleventh Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellant, City of Miami, or its counsel, has any current interest in the outcome of this matter.

Respectfully submitted,

By:   *s/ Christopher N. Johnson*
GRAYROBINSON, P.A.
Jason L. Unger, Esquire
Florida Bar No. 991562
George T. Levesque
Florida Bar No. 55551
Andy Bardos
Florida Bar No. 822671
301 S. Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile:  (850) 577-3311

GRAYROBINSON, P.A.
Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida  33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

*City of Miami v. GRACE, Inc.*
No. 23-11854

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile:  (305) 416-1801
*Attorneys for Defendant*

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font and therefore complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6).

By:   *s/ Christopher N. Johnson*
Christopher N. Johnson, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 31, 2023, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

By:   *s/ Christopher N. Johnson*
Christopher N. Johnson, Esq

C-5 of 2