# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12472

_____

GRACE, INC.,
ENGAGE MIAMI, INC.,
SOUTH DADE BRANCH OF THE NAACP,
MIAMI-DADE BRANCH OF THE NAACP,
CLARICE COOPER, et al.,

                                                  Plaintiffs-Appellees,

*versus*

CITY OF MIAMI,

                                                  Defendant-Appellant.

2                      Order of the Court                      23-12472

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-24066-KMM

_____

ORDER:

The district court's July 30, 2023, order [DE94] is ADMINISTRATIVELY STAYED pending our review of the Appellant's Emergency Motion to Stay Order Rejecting Redistricting Plan.

The Appellees must file a joint response to the Emergency Motion no later than August 2, 2023 at 9:00 a.m. E.T.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION