# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 23-12472

CITY OF MIAMI,

    Defendant/Appellant,

v. 22-24066

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

    Plaintiffs/Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-24066-KMM

---

INDEX TO APPENDIX TO
EMERGENCY MOTION TO STAY PENDING APPEAL [ECF 2]

---

GRAYROBINSON, P.A.
Jason L. Unger (FBN 991562)
George T. Levesque (FBN 55551)
Andy Bardos (FBN 822671)
301 S. Bronough Street Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
junger@gray-robinson.com
glevesque@gray-robinson.com

GRAYROBINSON, P.A.
Christopher N. Johnson (FBN 69329)
Marlene Quintana, B.C.S. (FBN 88358)
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Christopher.Johnson@gray-robinson.com
Marlene.Quintana@gray-robinson.com

abardos@gray-robinson.com
CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
*Attorneys for Defendant/Appellant*

# INDEX TO APPENDIX TO EMERGENCY
# MOTION TO STAY PENDING APPEAL [ECF 2]

| Lower Court Docket Entry | Document Description |
|---|---|
| VOLUME I | |
|  | District Court Docket Sheet |
| DE 23 | First Amended Complaint |
| DE 24 [DE 24-11] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| VOLUME II | |
| DE 24 [DE 24-11 / 24-14] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| VOLUME III | |
| DE 24 [DE 24-14 / DE 24-18] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| VOLUME IV | |
| DE 24 [DE 24-18 / DE 24-68] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| VOLUME V | |
| DE 24 [DE 24-68 / DE 24-77] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| VOLUME VI | |
| DE 24 DE 24-77 / DE 24-92] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |

| | VOLUME VII |
|---|---|
| DE 24<br>DE 24-92 /<br>DE 24-93] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| | VOLUME VIII |
| DE 24<br>DE 24-93 /<br>DE 24-93] | Plaintiffs' Notice of Filing Exhibits in Support of Expedited Motion for Preliminary Injunction |
| DE 26 | Plaintiff's Expedited Motion for Preliminary Injunction |
| DE 36 | Defendant's Memorandum of Law in Opposition to Expedited Motion for Preliminary Injunction |
| DE 52 | Report and Recommendation on Expedited Motion for Preliminary Injunction |
| DE 56 | Objections to Report and Recommendation on Expedited Motion for Preliminary Injunction |
| | VOLUME IX |
| DE 56 | Objections to Report and Recommendation on Expedited Motion for Preliminary Injunction |
| DE 60 | Order Adopting Report and Recommendation on Expedited Motion for Preliminary Injunction |
| DE 69 | Scheduling Order |
| DE 77 | Notice of Passage of Redistricting Plan |
| DE 82<br>DE 82-2] | Notice of Filing Exhibits in Support of Plaintiffs' Objections to Redistricting Plan |
| | VOLUME X |
| DE 82<br>DE 82-2 /<br>DE 82-21] | Notice of Filing Exhibits in Support of Plaintiffs' Objections to Redistricting Plan |
| | VOLUME XI |
| DE 82<br>DE 82-22 / | Notice of Filing Exhibits in Support of Plaintiffs' Objections to Redistricting Plan |

| | |
|---|---|
| DE 82-30] | |
| **VOLUME XII** | |
| DE 82<br>DE 82-31 /<br>DE 82-39] | Notice of Filing Exhibits in Support of Plaintiffs' Objections to Redistricting Plan |
| **VOLUME XIII** | |
| DE 83 | Plaintiffs' Objections to Redistricting Plan |
| DE 86 | Defendant's Memorandum of Law in Opposition to Plaintiffs' Objections to Redistricting Plan |
| DE 94 | Order on Objections to Redistricting Plan |
| DE 98 | Paperless Order on Defendant's Emergency Motion to Stay Order Rejecting Redistricting Map (ECF No. 97). |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2023, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

> */s/ Christopher N. Johnson*
> Christopher N. Johnson
> Florida Bar No. 69329
> GRAYROBINSON, P.A.