No. 23-12472

# In the United States Court of Appeals for the Eleventh Circuit

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; AND ALEXANDER
CONTRERAS,

                                     *Plaintiffs/Appellees*,

v.

CITY OF MIAMI,

                                     *Defendant/Appellant.*

On Appeal From The United States District Court
For The Southern District of Florida
No. 1:22-cv-24066-KMM

### APPELLANT'S MOTION TO STRIKE NOTICE OF SUPPLEMENTAL AUTHORITY

| | |
|---|---|
| GRAYROBINSON, P.A. | GRAYROBINSON, P.A. |
| Jason L. Unger (FBN 991562) | Christopher N. Johnson (FBN 69329) |
| George T. Levesque (FBN 55551) | Marlene Quintana, B.C.S. (FBN 88358) |
| Andy Bardos (FBN 822671) | 333 S.E. 2nd Avenue, Suite 3200 |
| 301 S. Bronough Street Suite 600 | Miami, Florida 33131 |
| Tallahassee, Florida 32301 | Telephone: (305) 416-6880 |
| Telephone: (850) 577-9090 | Christopher.Johnson@gray-robinson.com |
| junger@gray-robinson.com | Marlene.Quintana@gray-robinson.com |
| glevesque@gray-robinson.com | |
| abardos@gray-robinson.com | |

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
*Attorneys for Defendant/Appellant*

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT

Appellant, the City of Miami, furnishes this certificate of interested persons and corporate disclosure statement.

1. Abbott, Carolyn, Plaintiff/Appellee's expert

2. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

3. Alford, John, Defendant/Appellant's expert

4. Bardos, Andy, Counsel for Defendant/Appellant

5. Carollo, Joe, Defendant/Appellant

6. City of Miami, Defendant/Appellant

7. Cody, Steven, Defendant/Appellant's expert

8. Contreras, Alexander, Plaintiff/Appellee

9. Cooper, Clarice, Plaintiff/Appellee

10. Covo, Sabina, Defendant/Appellant

11. De Grandy, Miguel, Defendant/Appellant's expert

12. Dechert LLP, Counsel for Plaintiffs/Appellees

13. Diaz de la Portilla, Alex, Defendant/Appellant

14. Engage Miami, Inc., Plaintiff/Appellee

15. GrayRobinson, P.A., Counsel for Defendant/Appellant

16. Grace, Inc., Plaintiff/Appellee

17. Greco, John A, Counsel for Defendant/Appellant

18. Johnson, Christopher N., Counsel for Defendant/Appellant

19. Johnson, Jared, Plaintiff/Appellee

20. Jones, Kevin R., Counsel for Defendant/Appellant

21. King, Christine, Defendant/Appellant

22. Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

23. Levesque, George T., Counsel for Defendant/Appellant

24. McCartan, Cory, Plaintiff/Appellee's expert

25. McNamara, Caroline A., Counsel for Plaintiff/Appellee

26. McNulty, Kerri L., Counsel for Defendant/Appellant

27. Méndez, Victoria, Counsel for Defendant/Appellant

28. Merken, Christopher J., Counsel for Plaintiff/Appellee

29. Miami-Dade Branch of the NAACP, Plaintiff/Appellee

30. Moore, K. Michael, United States District Judge, Southern District of Florida

31. Moy, Bryant J., Plaintiff/Appellee's expert

32. Quintana, Marlene, Counsel for Defendant/Appellant

33. Reyes, Manolo, Defendant/Appellant

34. South Dade Branch of the NAACP, Plaintiff/Appellee

35. Steiner, Neil A., Counsel for Plaintiff/Appellee

36. Suarez, Francis, Defendant/Appellant

37. Tilley, Daniel T., Counsel for Plaintiff/Appellee

38. Unger, Jason L., Counsel for Defendant/Appellant

39. Valdes, Yanelis, Plaintiff/Appellee

40. Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

41. Wysong, George, Counsel for Defendant/Appellant

Appellant, the City of Miami, certifies that, to the best of its knowledge, no publicly traded company or corporation has an interest in the outcome of the case or appeal.

**APPELLANT'S MOTION TO STRIKE APPELLEES'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Federal Rule of Appellate Procedure 27(a)(1), Appellant/Defendant, City of Miami, moves to strike Plaintiff/Appellees' Citation of Supplemental Authorities (ECF 13). This so-called "Citation of Supplemental Authorities" provides no actual authorities. It is an attempt to bring new evidence through the back door. This violates the plain language of Federal Rule of Appellate Procedure 28(j), which only permits a party to advise the Court of new "authorities." Evidence and authorities are two different things. Persuasive, longstanding authority confirms as much. See *Trans-Sterling, Inc. v. Bible*, 804 F.2d 525, 528 (9th Cir. 1986) ("Rule 28(j) permits a party to bring new *authorities* to the attention of the court; it is not designed to bring new evidence through the back door.").

When a party attempts to bring new evidence under the guise of Rule 28(j), courts have not hesitated to grant a motion to strike. *See, e.g.*, *Manley v. Rowley*, 847 F.3d 705, 710 (9th Cir. 2017) ("[Appellant's] motion to strike is granted because Appellees' letter offers no new authorities, but rather seeks to supplement the record with new evidence."). The Court should, therefore, strike Plaintiff/Appellees' Citation of Supplemental Authorities (ECF 13).

Respectfully submitted,

By: *s/ Christopher N. Johnson*
GRAYROBINSON, P.A.
Jason L. Unger, Esquire
Florida Bar No. 991562
George T. Levesque
Florida Bar No. 55551
Andy Bardos
Florida Bar No. 822671
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311

GRAYROBINSON, P.A.
Christopher N. Johnson
Florida Bar No. 69329
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801
*Attorneys for Defendant*

7

## CERTIFICATE OF COMPLIANCE

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1,189 words, excluding the parts that can be excluded. This motion also complies with Federal Rule of Civil Procedure 32(a)(5)-(6) because it has been prepared in a proportionally spaced face using Microsoft Word, 14-point Times New Roman font.

>　　　　　　　　　　　　　　　/s/ *Christopher N. Johnson*
>　　　　　　　　　　　　　　　George T. Levesque
>　　　　　　　　　　　　　　　Florida Bar No. 69329
>　　　　　　　　　　　　　　　GRAYROBINSON, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2023, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

>　　　　　　　　　　　　　　　/s/ *Christopher N. Johnson*
>　　　　　　　　　　　　　　　George T. Levesque
>　　　　　　　　　　　　　　　Florida Bar No. 69329
>　　　　　　　　　　　　　　　GRAYROBINSON, P.A.