Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 23-12472

**Caption:**
City of Miami,
    Defendant-Appellant,
v.
GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; AND ALEXANDER
CONTRERAS,
    Plaintiff-Appellee

District and Division: Southern District of Florida (Miami)
Name of Judge: K. Michael Moore
Nature of Suit: 440 Civil Rights: Other
Date Complaint Filed: December 15, 2022
District Court Docket Number: 1:22-cv-24066-KMM
Date Notice of Appeal Filed: 07/30/2023
☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☑ Yes   ☐ No
If Yes, provide
(a) Caption: City of Miami v. Grace, Inc., et al.
(b) Citation: 23-11854-D
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | GRAY ROBINSON, P.A.<br>George T. Levesque<br>Jason L. Unger<br>Andy Bardos<br>Christopher N. Johnson<br>Marlene Quintana | 301 S. Bronough Street, S-600<br>Tallahassee, FL 32301<br><br>333 SE 2nd Avenue, S-3200<br>Miami, FL 33131 | george.levesque@gray-robinson.com<br>jason.unger@gray-robinson.com<br>andy.bardos@gray-robinson.com<br><br>christopher.johnson@gray-robinson.com<br>marlene.quintana@gray-robinson.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Daniel B. Tilley<br>Caroline A. McNamara<br>Nicholas L.V. Warren<br>Christopher J. Merken<br>jocelyn Kirsch<br>Neil A. Steiner | 4343 W. Flagler Street, S-400<br>Miami, FL 33134<br>336 E. College Ave., S-203<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, Y 10036 | dtilley@aclufl.org<br>cmcnamara@aclufl.org<br>nwarren@aclufl.org.<br>christopher.merken@dechert.com<br>jocelyn.kirsch@dechert.com<br>neil.steiner@dechert.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $_____<br>Amount Sought by Defendant: $_____<br>Awarded: $_____ to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☐ Permanent<br>☐ Granted<br>☐ Denied |

USCA11 Case: 23-12472    Document: 31    Date Filed: 08/22/2023    Page: 2 of 2

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
    What is the issue you claim is one of First Impression?
    Whether a governmental entity may be required to draw a Voting Rights Act protected District, but still have to set the Voting Age Population for the protected class at less than 50%.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

    If Yes, provide
    (a) Case Name/Statute  Negron v. City of Miami Beach
    (b) Citation  113 F.3d 1563
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☐ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit? ☐ Yes ☐ No
    (b) Among circuits? ☐ Yes ☐ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether a governmental entity may be required to draw a Voting Rights Act protected District, but still have to set the Voting Age Population for the protected class at less than 50%.
    Whether 50.3% Voting Age Population is sufficiently narrowly tailored to meet the strict scrutiny standard articulated in Bethune-Hill v. Va. State Bd. of Elections (Bethune-HIl I), 580 U.S. 178, 195-96 (2017) standard
    Whether Negron v. City of Miami Beach, 114 F.3d 1563, 1569 (11th Cir. 1997) requires a governmental entity to set the population of Voting Rights Act protected District using Citizen Voting Age Population.
    Whether Plaintiffs unduly delayed seeking injunctive relief pursuant to Purcell v. Gonzalez, 549 U.S. 1 (2006).
    Whether the District Court exceeded its authority in invalidating a newly passed redistricting map and mandating Plaintiffs' map.
    Whether the map mandated by the District Court corrected the alleged deficiencies of the map that was subject to the injunction.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  22ND  DAY OF  August , 2023 .

Christopher N. Johnson, Esq.
NAME OF COUNSEL (Print)                                               SIGNATURE OF COUNSEL