No. 23-12472

---

**In the United States Court of Appeals
for the Eleventh Circuit**

---

CITY OF MIAMI,

*Defendant-Appellant*,

v.

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; AND ALEXANDER
CONTRERAS,

*Plaintiff-Appellee.*

---

**APPELLANT'S MOTION FOR LEAVE TO FILE
DOCUMENTS OUT OF TIME**

---

George T. Levesque (FBN 55555)       Christopher N. Johnson (FBN 69329)
GRAYROBINSON, P.A.                    GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600  333 S.E. 2nd Avenue, Suite 3200
Tallahassee, Florida 32301            Miami, Florida 33131
george.levesque@gray-robinson.com     george.levesque@gray-robinson.com

*Attorneys for Defendant-Appellant*

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Appellant, the City of Miami, furnishes this certificate of interested persons

and corporate disclosure statement.

1.    ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

2.    Bardos, Andy, Counsel for Defendant/Appellant

3.    Carollo, Joe, Defendant/Appellant

4.    City of Miami, Defendant/Appellant

5.    Cody, Steven, Defendant/Appellant's expert

6.    Contreras, Alexander, Plaintiff/Appellee

7.    Cooper, Clarice, Plaintiff/Appellee

8.    Covo, Sabina, Defendant/Appellant

9.    De Grandy, Miguel, Defendant/Appellant's expert

10.   Dechert LLP, Counsel for Plaintiffs/Appellees

11.   Diaz de la Portilla, Alex, Defendant/Appellant

12.   Engage Miami, Inc., Plaintiff/Appellee

13.   GrayRobinson, P.A., Counsel for Defendant/Appellant

14.   Grace, Inc., Plaintiff/Appellee

15.   Greco, John A, Counsel for Defendant/Appellant

16.   Johnson, Christopher N., Counsel for Defendant/Appellant

17.   Johnson, Jared, Plaintiff/Appellee

18.    Jones, Kevin R., Counsel for Defendant/Appellant

19.    King, Christine, Defendant/Appellant

20.    Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

21.    Levesque, George T., Counsel for Defendant/Appellant

22.    McNamara, Caroline A., Counsel for Plaintiff/Appellee

23.    McNulty, Kerri L., Counsel for Defendant/Appellant

24.    Méndez, Victoria, Counsel for Defendant/Appellant

25.    Merken, Christopher J., Counsel for Plaintiff/Appellee

26.    Miami-Dade Branch of the NAACP, Plaintiff/Appellee

27.    Moore, K. Michael, United States District Judge, Southern District of
       Florida

28.    Quintana, Marlene, Counsel for Defendant/Appellant

29.    Reyes, Manolo, Defendant/Appellant

30.    South Dade Branch of the NAACP, Plaintiff/Appellee

31.    Steiner, Neil A., Counsel for Plaintiff/Appellee

32.    Suarez, Francis, Defendant/Appellant

33.    Tilley, Daniel T., Counsel for Plaintiff/Appellee

34.    Unger, Jason L., Counsel for Defendant/Appellant

35.    Valdes, Yanelis, Plaintiff/Appellee

36.    Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

37.     Wysong, George, Counsel for Defendant/Appellant

Appellant, the City of Miami, certifies that, to the best of its knowledge, no publicly traded company or corporation has an interest in the outcome of the case or appeal.

## **MOTION FOR LEAVE TO FILE DOCUMENTS OUT OF TIME**

Appellant, the City of Miami, respectfully moves this Court for leave to file the attached Civil Appeal Statement out of time. The delay, which resulted from inadvertence of counsel, has caused no prejudice to any party, and the appeal has not been delayed. Appellees do not oppose the relief requested in this motion.

Respectfully submitted,

/s/ *Christopher N. Johnson*

George T. Levesque (FBN 55555)     Christopher N. Johnson (FBN 69329)
GRAYROBINSON, P.A.                 GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600     333 S.E. 2nd Avenue, Suite 3200
Tallahassee, Florida 32301         Miami, Florida 33131
george.levesque@gray-robinson.com     george.levesque@gray-robinson.com

*Attorneys for Defendant-Appellant*

4

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), this document contains 63 words.

This document was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font and therefore complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6).

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Christopher N. Johnson*
Christopher N. Johnson (FBN 69329)
GRAYROBINSON, P.A.

Attachment

Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 23-12472

| | |
|---|---|
| Caption:<br>**City of Miami,**<br>                **Defendant-Appellant,**<br>**v.**<br>**GRACE, INC.; ENGAGE MIAMI, INC.;**<br>**SOUTH DADE BRANCH OF THE NAACP;**<br>**MIAMI-DADE BRANCH OF THE NAACP;**<br>**CLARICE COOPER; YANELIS VALDES;**<br>**JARED JOHNSON; AND ALEXANDER**<br>**CONTRERAS,**<br>                **Plaintiff-Appellee** | District and Division: Southern District of Florida (Miami)<br>Name of Judge: K. Michael Moore<br>Nature of Suit: 440 Civil Rights: Other<br>Date Complaint Filed: December 15, 2022<br>District Court Docket Number: 1:22-cv-24066-KMM<br>Date Notice of Appeal Filed: 07/30/2023<br>☐ Cross Appeal  ☐ Class Action<br>Has this matter previously been before this court?<br>☑ Yes  ☐ No<br>If Yes, provide<br>(a)  Caption: City of Miami v. Grace, Inc., et al.<br>(b)  Citation: 23-11854-D<br>(c)  Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | GRAY ROBINSON, P.A.<br>George T. Levesque<br>Jason L. Unger<br>Andy Bardos<br>Christopher N. Johnson<br>Marlene Quintana | 301 S. Bronough Street, S-600<br>Tallahassee, FL 32301<br><br><br>333 SE 2nd Avenue, S-3200<br>Miami, FL 33131 | george.levesque@gray-robinson.com<br>jason.unger@gray-robinson.com<br>andy.bardos@gray-robinson.com<br><br>christopher.johnson@gray-robinson.com<br>marlene.quintana@gray-robinson.com |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Daniel B. Tilley<br>Caroline A. McNamara<br>Nicholas L.V. Warren<br>Christopher J. Merken<br>jocelyn Kirsch<br>Neil A. Steiner | 4343 W. Flagler Street, S-400<br>Miami, FL 33134<br>336 E. College Ave., S-203<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, Y 10036 | dtilley@aclufl.org<br>cmcnamara@aclufl.org<br>nwarren@aclufl.org.<br>christopher.merken@dechert.com<br>jocelyn.kirsch@dechert.com<br>neil.steiner@dechert.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment,<br>28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☐ Default Judgment | | |
| ☐ US Plaintiff | ☑ Interlocutory Order,<br>28 USC 1292(a)(1) | ☐ Summary Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Defendant | ☐ Interlocutory Order Certified,<br>28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded:<br>$_____ |
| | ☐ Interlocutory Order,<br>Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO<br>☐ Preliminary  ☐ Granted<br>☐ Permanent  ☐ Denied |
| | ☐ 54(b) | ☑ Injunction | |
| | | ☐ Other _____ | |

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression?    ☑Yes    ☐No
       What is the issue you claim is one of First Impression?
       Whether a governmental entity may be required to draw a Voting Rights Act protected District, but still have to set the Voting Age Population for the protected class at less than 50%.

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑Yes    ☐No

       If Yes, provide
       (a)    Case Name/Statute  Negron v. City of Miami Beach _____
       (b)    Citation  113 F.3d 1563 _____
       (c)    Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)    Arises from substantially the same case or controversy as this appeal?    ☐Yes    ☐No
       (b)    Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐Yes    ☐No

       If Yes, provide
       (a)    Case Name _____
       (b)    Citation _____
       (c)    Docket Number if unreported _____
       (d)    Court or Agency _____

(4)    Will this appeal involve a conflict of law
       (a)    Within the Eleventh Circuit?    ☐Yes    ☐No
       (b)    Among circuits?    ☐Yes    ☐No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       Whether a governmental entity may be required to draw a Voting Rights Act protected District, but still
       have to set the Voting Age Population for the protected class at less than 50%.
       Whether 50.3% Voting Age Population is sufficiently narrowly tailored to meet the strict scrutiny standard
       articulated in Bethune-Hill v. Va. State Bd. of Elections (Bethune-Hill I), 580 U.S. 178, 195-96 (2017)
       standard
       Whether Negron v. City of Miami Beach, 114 F.3d 1563, 1569 (11th Cir. 1997) requires a governmental
       entity to set the population of Voting Rights Act protected District using Citizen Voting Age Population.
       Whether Plaintiffs unduly delayed seeking injunctive relief pursuant to Purcell v. Gonzalez, 549 U.S. 1 (2006).
       Whether the District Court exceeded its authority in invalidating a newly passed redistricting map and
       mandating Plaintiffs' map.
       Whether the map mandated by the District Court corrected the alleged deficiencies of the map that was
       subject to the injunction.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  22ND _____ DAY OF  August _____, 2023 _____.

Christopher N. Johnson, Esq. _____
            NAME OF COUNSEL (Print)                                              SIGNATURE OF COUNSEL