**Case No. 23-12472**

_____

# United States Court of Appeals
# for the Eleventh Circuit

_____

CITY OF MIAMI,

    *Defendant/Appellant*,

v.

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

    *Plaintiffs/Appellees*.

_____

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 1:22-cv-24066-KMM

_____

**APPELLANT'S RESPONSE TO
MOTION TO STAY FURTHER APPELLATE PROCEEDINGS**

_____

GRAYROBINSON, P.A.
Jason L. Unger
George T. Levesque
Andy Bardos
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
junger@gray-robinson.com
glevesque@gray-robinson.com
abardos@gray-robinson.com

GRAYROBINSON, P.A.
Christopher N. Johnson
Marlene Quintana, B.C.S.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880
christopher.johnson@gray-robinson.com
marlene.quintana@gray-robinson.com

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
ERIC J. EVES
Senior Appellate Counsel
Florida Bar No. 91053
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, Florida 33130
Telephone: 305-416-1800
*Attorneys for Defendant/Appellant*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant, the City of Miami, furnishes this certificate of interested persons and corporate disclosure statement.

1. Abbott, Carolyn, Plaintiff/Appellee's expert

2. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

3. Alford, John, Defendant/Appellant's expert

4. Bardos, Andy, Counsel for Defendant/Appellant

5. Carollo, Joe, Defendant/Appellant

6. City of Miami, Defendant/Appellant

7. Cody, Steven, Defendant/Appellant's expert

8. Contreras, Alexander, Plaintiff/Appellee

9. Cooper, Clarice, Plaintiff/Appellee

10. Covo, Sabina, Defendant/Appellant

11. De Grandy, Miguel, Defendant/Appellant's expert

12. Dechert LLP, Counsel for Plaintiffs/Appellees

13. Diaz de la Portilla, Alex, Defendant/Appellant

14. Donaldson, Carolyn, Corporate Representative for Plaintiff/Appellee

15. Engage Miami, Inc., Plaintiff/Appellee

16. Ford, Harold, Declarant for Plaintiff/Appellee

17. GrayRobinson, P.A., Counsel for Defendant/Appellant

18. Grace, Inc., Plaintiff/Appellee

19. Greco, John A, Counsel for Defendant/Appellant

20. Hannon, Todd, Corporate Representative for Defendant/Appellant

21. Johnson, Christopher N., Counsel for Defendant/Appellant

22. Johnson, Jared, Plaintiff/Appellee

23. Jones, Kevin R., Counsel for Defendant/Appellant

24. King, Christine, Defendant/Appellant

25. Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

26. Levesque, George T., Counsel for Defendant/Appellant

27. McCartan, Cory, Plaintiff/Appellee's expert

28. McNamara, Caroline A., Counsel for Plaintiff/Appellee

29. McNulty, Kerri L., Counsel for Defendant/Appellant

30. Méndez, Victoria, Counsel for Defendant/Appellant

31. Merken, Christopher J., Counsel for Plaintiff/Appellee

32. Miami-Dade Branch of the NAACP, Plaintiff/Appellee

33. Moore, K. Michael, United States District Judge, Southern District of Florida

34. Moy, Bryant J., Plaintiff/Appellee's expert

35. Pelham, Rebecca, Corporate Representative for Plaintiff/Appellee

36. Pierre, Daniella, Corporate Representative for Plaintiff/Appellee

37. Quintana, Marlene, Counsel for Defendant/Appellant

38. Reyes, Manolo, Defendant/Appellant

39. Robinson, Nathaniel, Corporate Representative for Plaintiff/Appellee

40. South Dade Branch of the NAACP, Plaintiff/Appellee

41. Spring, Larry, Corporate Representative for Defendant/Appellant

42. Steiner, Neil A., Counsel for Plaintiff/Appellee

43. Suarez, Francis, Defendant/Appellant

44. Tilley, Daniel T., Counsel for Plaintiff/Appellee

45. Unger, Jason L., Counsel for Defendant/Appellant

46. Valdes, Yanelis, Plaintiff/Appellee

47. Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

48. Wysong, George, Counsel for Defendant/Appellant

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellant, the City of Miami certifies that it is not publicly traded and has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

**DEFENDANT-APPELLANT'S RESPONSE TO MOTION TO STAY**

The City of Miami, Defendant-Appellant (the "City"), files this response in opposition to Plaintiffs-Appellees Motion to Stay Further Appellate Proceedings, *see* ECF 41, seeking a stay of appellate proceedings until May 1, 2024, or until the trial court issues a final judgment, whichever comes first.

The City does not dispute the general trial and appellate schedule outlined in Plaintiffs' motion: namely that Plaintiffs' Answer Brief is currently due on December 13, 2023, that the City's Reply Brief will be due January 3, and that trial is presently scheduled to begin January 29, 2024. ECF 41, ¶ 8-9. The City has no present intension of seeking an extension of time to file its Reply Brief, and whether this Court would benefit from oral argument remains to be seen. As Plaintiffs' Motion appears to concede, it is conceivable that this matter could be briefed and ready for the Court's consideration by January 4, 2023, almost a month before the trial begins.[1]

As presented more fully in its Initial Brief, *see* ECF 36, Plaintiffs' claims raise open legal questions in this Circuit as to whether a City has racially gerrymandered five districts by drawing a Black Section 2 VRA-required district at 50.3%, three supermajority Hispanic districts, and a plurality district—all of which are

---

[1] While Plaintiffs' counsel properly conferred with the City's counsel, they waited to file their Motion until after the City filed its Initial Brief and Appendix, which incidentally was also due during the final two weeks of discovery for the proceedings below.

5

comparable to Plaintiffs' preferred exemplar plan. In other words, in a municipality that is comprised of more than 70% Hispanic residents that must also have a minority-performing district that could perform for the Black candidate of choice, can the City have improper intent to racially gerrymander districts when there is no other way to draw the districts with a different racial makeup? It is possible that this Court may address these open legal questions that will be presented again to the trial court below.

The City has no reason to doubt that the trial court will proceed and rule in an appropriate timeframe, but it is certainly conceivable that this Court may issue a ruling before trial commences or before the trial court issues a final judgment, even without expediting the appellate proceedings. Depending on the basis for the opinion, such a ruling that addresses some of the open questions would be instructive to the parties or beneficial to the trial court.

## **CONCLUSION**

WHEREFORE, Defendant respectfully asks this Court deny the Plaintiffs request to stay these appellate proceedings.

Dated November 6, 2023.

Respectfully submitted,

/s/ *George T. Levesque*
GRAYROBINSON, P.A.
George T. Levesque (FBN 55551)
george.levesque@gray-robinson.com
Jason L. Unger (FBN 991562)
jason.unger@gray-robinso.com
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090

GRAYROBINSON, P.A.
Christopher N. Johnson (FBN 69329)
christopher.johnson@gray-robinson.com
Marlene Quintana, B.C.S. (FBN 88358)
marlene.quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation and Appeals Division Chief
Florida Bar No. 16171
ERIC J. EVES
Senior Appellate Counsel
Florida Bar No. 91053
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, Florida 33130
Telephone: 305-416-1800

*Attorneys for Defendant/Appellant*

7

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), undersigned counsel certifies, in reliance on the word count of the word-processing system used to prepare this document, that this document contains 443 words and therefore complies with the type-volume limitation set forth in Federal Rule of Appellate Rule 27(d)(2).

Undersigned counsel further certifies that this document was prepared in a proportionally spaced typeface using Microsoft Word for Microsoft Office 365 in 14-point Times New Roman font and therefore complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

/s/ *George T. Levesque*
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2023, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

/s/ *George T. Levesque*
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.