# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12472

_____

GRACE, INC.,
ENGAGE MIAMI, INC.,
SOUTH DADE BRANCH OF THE NAACP,
MIAMI-DADE BRANCH OF THE NAACP,
CLARICE COOPER, et al.,

                                                                         Plaintiffs-Appellees,

*versus*

CITY OF MIAMI,

                                                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

| | | |
|---|---|---|
| 2 | Order of the Court | 23-12472 |

D.C. Docket No. 1:22-cv-24066-KMM

_____

ORDER:

Appellees' unopposed motion to extend stay of further appellate proceedings until entry of final judgment in the district court or until August 1, 2024, whichever comes first, is GRANTED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE